William J. SOUDERS, Phyllis W. Soud-
ers, C. Barry Marsh, Justin Marsh,
Frank M. O'Brien, III, Teresa Marsh
Foxworth, Lewis Drew Marsh, Sarah
Over, Allen D. Fore, Bettye S. Marsh,
Joe Easley (Personal Representative
of the Estate of Alice V. Lucas),
McLeod Lumber Company, Inc., Doro-
thy McLeod Rhodes, Helen M. Brad-
ham, Darlington Veneer Company,
Inc., Bubendorf Brothers, Inc., Susan
Sheppard, James M. Simons, Michael

Tappert, Elizabeth Singleton Grayson,
Eugene Collins, Barbara Collins,
Ralph Hoffman, John D. Hollings-
worth, Jesse D. Russell, and Carole R.
Russell, Plaintiffs–Appellees,

v.

SOUTH CAROLINA PUBLIC SER-
VICE AUTHORITY (also known
as Santee Cooper), Defendant,

and

United States, Movant–Appellant.

William J. Souders, Phyllis W. Souders,
C. Barry Marsh, Justin Marsh, Frank
M. O'Brien, III, Teresa Marsh Fox-
worth, Lewis Drew Marsh, Allen D.
Fore, Bettye S. Marsh, Joe Easley
(Personal Representative of the Es-
tate of Alice V. Lucas), Dorothy
McLeod Rhodes, Helen M. Bradham,
Darlington Veneer Company, Inc., Bu-
bendorf Brothers, Inc., Susan Shep-
pard, James M. Simons, Michael Tap-
pert, Elizabeth Singleton Grayson,
Eugene Collins, Barbara Collins,
Ralph Hoffman, Elbert Smalls, John
D. Hollingsworth, Jesse D. Russell,
and Carole R. Russell, Plaintiffs–Ap-
pellees,

v.

South Carolina Public Service Au-
thority (also known as Santee
Cooper), Defendant,

and

United States, Movant–Appellant.

Herbert Butler, Phyllis W. Souders, C.
Barry Marsh, Justin Marsh, Mary O.
Swatek, Frank Swatek, Linda H. Fore
(Personal Representative of the Es-
tate of Allen D. Fore), Bettye S.
Marsh Roberts, Dorothy M. Rhodes,
Helen M. Bradham, Darlington Ve-

neer Company, Bubendorf Brothers, Inc., Susan Sheppard, Hollingsworth Funds, Inc., Elizabeth S. Grayson, Ralph Hoffman, Frank M. O'Brien, III, Barbara Collins (Personal Representative of the Estate of Eugene Collins), Joe Easley (Personal Representative of the Estate of Alice V. Lucas), Elbert Smalls, Bucky Watkins, and James L. Lambert, Plaintiffs–Appellees,

v.

South Carolina Public Service Authority (also known as Santee Cooper), Defendant,

and

United States, Movant–Appellant.

Nos. 2006–1456 to 2006–1458.

United States Court of Appeals, Federal Circuit.

Sept. 29, 2006.

ON MOTION

*ORDER*

Upon consideration of the United States' motion to voluntarily dismiss its appeals, from orders of the United States District Court for the District of South Carolina, in district court case no. 2:93–CV–3077,

IT IS ORDERED THAT:

(1) The motion is granted.

(2) All sides shall bear their own costs in appeal nos. 2006–1456, –1457, and –1458.